# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Stein, Sidney H. | U.S. Federal District Court | 7/29/2014 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S.D.C. Judge - Senior Status | ☐ Nomination  Date <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☐ Amended Report | 01/01/2013 <br> to <br> 12/31/2013 |

**7. Chambers or Office Address**

U.S. Courthouse
500 Pearl Street
New York, New York 10007-1312

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member - Board of Directors | Practicing Law Institute, a not for profit organization for continuing legal education |
| 2. | Member - Board of Directors | ▨ Park Corporation, a not for profit cooperative housing corporation |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2013 | West Services, Inc. royalty for 2013 | $9,047.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | International Criminal Court | 4/3/13-4/7/13 | The Hague, the Netherlands | Workshop with ICC Prosecutors | transportation, lodging and food |
| 2. | National Committee on U.S.-China Relations | 9/10/13-9/12/13 | Glen Cove, New York | Rule of Law conference | lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. MONEY MARKETS | | | | | | | | | |
| 2. JPMORGAN U.S. GOVT. | A | Interest | M | T | | | | | |
| 3. Dreyfus Tax Free NY | A | Interest | M | T | | | | | |
| 4. | | | | | | | | | |
| 5. COMMON STOCKS | | | | | | | | | |
| 6. BERKSHIRE HATHAWAY CORP. | | None | P1 | T | | | | | |
| 7. GRANT AVE CORP | | None | P1 | W | | | | | |
| 8. | | | | | | | | | |
| 9. TAX EXEMPT BONDS | | | | | | | | | |
| 10. NEW YORK ST HSG FIN AGY GEN HSG SER B | C | Interest | K | T | | | | | |
| 11. NEW YORK ST MTG AGY REV HOMETOWN MTG -29-a-RMKT | C | Interest | M | T | | | | | |
| 12. NY STATE POWER AUTH GEN REV ETM SER A | D | Interest | L | T | | | | | |
| 13. NY State Power Auth Rev & Gen Purp Ser Detm | A | Interest | K | T | | | | | |
| 14. NYS STATE POWER AUTH SER G 1/1/10 | A | Interest | K | T | | | | | |
| 15. NEW YORK ST HSG FIN AGY GEN SER A | D | Interest | M | T | | | | | |
| 16. NEW YORK STATE POWER AUTH. | C | Interest | K | T | | | | | |
| 17. N.Y.S. THRWY AUTH 5.3%, 4/1/15 | D | Interest | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. LONG ISLAND PWR 5% 8/1/17 | C | Interest | M | T | | | | | |
| 19. ERIE CTY NY 5.75% 5/1/25 | C | Interest | L | T | | | | | |
| 20. NASSAU CTY NY 5% 7/1/22 | C | Interest | M | T | | | | | |
| 21. NYS DORM 5%, 7/1/21 | C | Interest | L | T | | | | | |
| 22. TRIBOROUGH BRDG & TUNL, 5%, 11/15/23 | C | Interest | L | T | | | | | |
| 23. MINNEAPOLIS MINN 6.375%, DTD 11/12/08 | A | Interest | J | T | | | | | |
| 24. NYS DORM AUTH, 5%, dtd 3/15/24 | C | Interest | M | T | | | | | |
| 25. CALIFORNIA STATE 5.5%, 4/1/19 | C | Interest | | | Sold | 08/29/13 | L | D | |
| 26. CITIZENS PPTY INS. CORP. 5.5%, 6/1/16 | B | Interest | | | Sold | 08/28/13 | L | C | |
| 27. MTA 5.5%, 11/15/17 | B | Interest | | | Sold | 08/28/13 | L | C | |
| 28. NYS DORM 5%, 2/15/18 | C | Interest | | | Sold | 08/28/13 | M | D | |
| 29. ALLEGHENY CITY, PA. 5%, 8/15/19 | C | Interest | L | T | | | | | |
| 30. NORTH PENN, PA 5%, 9/1/16 | C | Interest | | | Sold | 08/28/13 | M | D | |
| 31. NYC, NY 5.25%, 9/1/21 | D | Interest | M | T | | | | | |
| 32. NYS DORM 5%, 7/1/18 | A | Interest | K | T | | | | | |
| 33. CALIFORNIA ST. 5%, 11/1/17 | B | Interest | | | Sold | 08/28/13 | L | C | |
| 34. MICHIGAN FIN. 3%, 12/1/14 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. TEX. ST. 5%, 4/1/23 | C | Interest | M | T | | | | | |
| 36. NYS 3%, 7/1/16 | C | Interest | M | T | | | | | |
| 37. PA ST. 5%, 7/1/20 | D | Interest | M | T | | | | | |
| 38. NYS 5.5%, 4/1/19 | D | Interest | M | T | | | | | |
| 39. MTA 5%, 11/15/22 | D | Interest | M | T | | | | | |
| 40. ATLANTA, GA. 4%, 1/1/17 | C | Interest | M | T | | | | | |
| 41. NYC, NY 5%, 7/1/23 | D | Interest | | | Sold | 08/27/13 | M | | |
| 42. NYC, NY 5%, 11/1/24 | C | Interest | M | T | | | | | |
| 43. NYC, NY 5%, 10/1/17 | C | Interest | | | Sold | 05/23/13 | M | D | |
| 44. NYS THWY 5%, 4/1/26 | C | Interest | M | T | | | | | |
| 45. ERIE CTY NY 5%, 5/1/17 | C | Interest | M | T | | | | | |
| 46. NYS 5%, 6/15/26 | C | Interest | M | T | | | | | |
| 47. SWARTHMORE 5%, 9/15/18 | C | Interest | M | T | | | | | |
| 48. NYC 5%, 7/1/17 | B | Interest | L | T | | | | | |
| 49. NYC 5%, 7/15/23 | C | Interest | M | T | | | | | |
| 50. SOUTHEASTERN PA 5%, 6/1/24 | C | Interest | M | T | | | | | |
| 51. INDIANA ST. 5%, 2/1/24 | C | Interest | | | Sold | 04/08/13 | M | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. HARRIS CTY, TX 5%, 10/1/27 | C | Interest | | | Sold | 08/27/13 | M | | |
| 53. HEMPSTEAD, NY 4%, 8/15/19 | C | Interest | | | Sold | 10/15/13 | M | | |
| 54. MCKINNEY, TX 5%, 2/15/20 | C | Interest | | | Sold | 08/28/13 | L | | |
| 55. ARIZONA ST 5%, 10/1/19 | C | Interest | | | Sold | 11/12/13 | M | | |
| 56. NYS DORM AUTH 4%, 5/15/19 | C | Interest | | | Sold | 08/28/13 | M | | |
| 57. ARIZONA 5%, 6/1/28 | C | Interest | | | Sold | 08/28/13 | M | | |
| 58. NJ 5%, 9/1/21 | B | Interest | | | Buy | 03/07/13 | M | | |
| 59. MASS BAY 5.25% 7/1/20 | | | | | Buy | 03/14/13 | M | | |
| 60. MASS BAY 5.25% 7/1/20 | C | Interest | | | Sold | 08/27/13 | M | | |
| 61. SAN DIEGO CA 5% 8/1/28 | | | | | Buy | 04/09/13 | M | | |
| 62. SAN DIEGO CA 5% 8/1/28 | B | Interest | | | Sold | 08/27/13 | M | | |
| 63. VA 5% 9/1/22 | | | | | Buy | 05/21/13 | M | | |
| 64. VA 5% 9/1/22 | A | Interest | | | Sold | 08/27/13 | M | | |
| 65. NYC, NY 5% 8/1/27 | | None | M | T | Buy | 09/12/13 | M | | |
| 66. BATTERY PARK, NY 5% 11/1/20 | | None | M | T | Buy | 10/17/13 | M | | |
| 67. NYS DORM AUTH 5% 3/15/21 | | None | M | T | Buy | 10/17/13 | M | | |
| 68. FL. ST 5%, 6/1/20 | A | Interest | M | T | Buy | 11/06/13 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. NASSAU CTY 5% 11/15/20 | | None | M | T | Buy | 11/13/13 | M | | |
| 70. LOUISVILLE & JEFF 5% 5/15/26 | | None | M | T | Buy | 11/13/13 | M | | |
| 71. PORT AUTH NY 5%, 12/1/18 | | None | M | T | Buy | 11/22/13 | M | | |
| 72. TOBACCO SETT 5%, 6/1/22 | | None | M | T | Buy | 12/15/13 | M | | |
| 73. | | | | | | | | | |
| 74. MUTUAL FUNDS | | | | | | | | | |
| 75. VANGUARD 500 INDEX FUND | | | | | Buy | 01/07/13 | J | | |
| 76. VANGUARD 500 INDEX FUND | | | | | Sold (part) | 03/04/13 | J | A | |
| 77. VANGUARD 500 INDEX FUND | | | | | Buy | 03/27/13 | J | | |
| 78. VANGUARD 500 INDEX FUND | | | | | Sold (part) | 05/01/13 | J | A | |
| 79. VANGUARD 500 INDEX FUND | | | | | Buy | 06/21/13 | J | | |
| 80. VANGUARD 500 INDEX FUND | E | Dividend | | | Sold | 08/28/13 | P1 | G | |
| 81. DAVIS NY VENTURE FUND INC. CL. A | | | | | Sold (part) | 05/30/13 | K | D | |
| 82. DAVIS NY VENTURE FUND INC. CL. A | G | Dividend | | | Sold | 08/28/13 | P1 | G | |
| 83. IRONBRIDGE FRONTENEGRA FUND | | None | | | Sold | 08/28/13 | P1 | G | |
| 84. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 03/21/13 | J | | |
| 85. VANGUARD VALUE INDEX SIGNAL FUND | | | | | Buy | 06/21/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. VANGUARD VALUE INDEX SIGNAL FUND | D | Dividend | | | Sold | 08/28/13 | O | G | |
| 87. DODGE & COX INT'L STOCK FUND | | None | | | Sold | 08/28/13 | P1 | G | |
| 88. JANUS CORP EQUITY FUND (IRA) (NOW GREYCOURT PARTNERS FUND (IRA)) | E | Dividend | P1 | T | | | | | |
| 89. GREYCOURT PARTNERS FUND | | | | | Buy | 08/28/13 | P2 | | |
| 90. GREYCOURT PARTNERS FUND | G | Dividend | P2 | T | Buy | 09/08/13 | O | | |
| 91. | | | | | | | | | |
| 92. | | | | | | | | | |
| 93. MISCELLANEOUS | | | | | | | | | |
| 94. CASH, JPMORGAN CHASE | E | Interest | O | T | | | | | |
| 95. FINE ARTS HELD AS TENANT-IN-COMMON | | None | P1 | W | | | | | |
| 96. ARBOR PPTY TRUST | | None | K | T | | | | | |
| 97. SERVICEMASTER LP | | None | M | T | | | | | |
| 98. | | | | | | | | | |
| 99. NOTE: JUDGE STEIN HAS ELECTED NOT TO | | | | | | | | | |
| 100. LIST INFORMATION ▨ | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

None

| Name of Person Reporting | Date of Report |
|---|---|
| Stein, Sidney H. | 7/29/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sidney H. Stein**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544